UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.                                                No. 14-cr-122 (JNE/LIB)
ORDER

Curtis Lee Drift,

      Defendant.

---

      This matter is before the Court on a Report and Recommendation from the United States Magistrate Judge, ECF No. 30, recommending that the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure, ECF No. 21, be denied.

      No objections were filed. Having conducted a de novo review of the record, the Court now adopts the Report and Recommendation.

      Based on the files, records, and proceedings herein, and for the reasons discussed above, IT IS ORDERED THAT:

      1.      Defendant's Motion to Suppress Evidence [ECF No. 21] is DENIED.

Dated: June 18, 2014                                       s/Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge